UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PHILLIPS BEVERAGE COMPANY,
a Minnesota corporation,

Plaintiff,

v.

PHILLIPS FARMS
PHILLIPS VINEYARDS
PHILLIPS FARMS FAMILY WINERY
PHILLIPS FARMS VINEYARDS
PHILLIPS WINERY

a California Limited Partnership,

and

DAVID PHILLIPS,
a U.S. Citizen

and

MICHAEL PHILLIPS,
a U.S. Citizen

Defendants.

Civil Action No. 00-2083 DSD/JMM

**STIPULATION**

Plaintiffs Phillips Beverage Company and Defendant Phillips Winery, et al. hereby stipulate and agree that the above-named Defendant is granted a 30-day extension, until October 17, 2000, in which to answer the Complaint.

Dated: Sept 18, 2000

PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.

Randall T. Skaar, #165013
Eric H. Chadwick, #248769
John C. Klippen, #194013
4800 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 349-5755

ATTORNEYS FOR PLAINTIFF
PHILLIPS BEVERAGE COMPANY

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: Sept. 22, 2000

MICHAEL BEST & FRIEDRICH, LLC

Laurel A. Haskell

Robert S. Beiser, #0158682
Laurel A. Haskell, #6243083
77 West Wacker Drive, Suite 4300
Chicago, IL 60601-1635
Telephone: 312-845-5800

ATTORNEYS FOR DEFENDANTS

**ORDER**

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that the Defendants are granted a 30-day extension in which they may answer the Complaint, to on or before Nov 17, 2000

BY THE COURT

Magistrate Judge John M. Mason