UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

PHILLIPS BEVERAGE COMPANY,

a Minnesota corporation,

Plaintiff,

v.

PHILLIPS FARMS, | Civil Action No. 00-2083 DSD/JMM

PHILLIPS VINEYARDS,

PHILLIPS FARMS WINERY,

PHILLIPS FARMS VINEYEARDS,

PHILLIPS FAMILY WINERY, and

PHILLIPS WINERY,

one or more of which is a

California Limited Partnership,

Defendants.

---

**STIPULATED DISMISSAL**

The parties having settled and compromised all matters and the Court being fully advised of the premises, the parties hereby stipulate that the Court may enter the following order:

IT IS HEREBY ORDERED THAT:

1. All claims in Plaintiff's Complaint are dismissed with prejudice with each party to bear its own costs and attorney's fees.

2. This Court retains jurisdiction of the parties and the subject matter for the

FILED MAY 11 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

purposes of enforcing the Settlement Agreement entered into between them.

ENTERED:

5/11/01
Dated

~~Magistrate Judge M. Mason~~ U.S.D.C.J.
David S. Doty

Dated may 1, 2001

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

Randall T. Skaar, #165013
Eric H. Chadwick, #248769
John C. Klippen, #194013
4800 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 349-5740

**ATTORNEYS FOR PLAINTIFF PHILLIPS BEVERAGE COMPANY**

Dated: May 4, 2001

**MICHAEL, BEST & FRIEDRICH, L.L.C.**

Robert S. Beiser, #0158682
77 West Wacker Drive, Suite 4300
Chicago, IL 60601-1635
Telephone: (312) 845-5800

**ATTORNEYS FOR DEFENDANTS PHILLIPS FARMS, PHILLIPS VINEYARDS, PHILLIPS FARMS WINERY, PHILLIPS FARMS VINEYARDS, PHILLIPS FAMILY WINERY AND PHILLIPS WINERY**

LET JUDGMENT BE ENTERED ACCORDINGLY.